```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DUBAI EQUINE HOSPITAL,                                      :
                                                            :
                            Plaintiff,                      :
                                                            :         18-cv-6925 (VSB)
            -against-                                       :
                                                            :              ORDER
EQUINE IMAGING, LLC, et al.                                 :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2020

VERNON S. BRODERICK, United States District Judge:

On September 21, 2020, I ordered that Defendants in the above-captioned case shall have until October 21, 2020 to find new counsel and have that counsel enter a notice of appearance by that date. (Doc. 73.) This deadline passed and no attorneys have entered a notice of appearance on behalf of any Defendants. I am in receipt of Defendant Papaioannou's letter motion for an extension of time to find legal representation. (Doc. 74.) In this letter motion, Defendant Papaioannou alternatively seeks assistance in seeking pro bono counsel. I am also in receipt of Plaintiff's letter opposing Defendant Papaioannou's request for an extension. (Doc. 75.) Accordingly, it is hereby:

ORDERED that Defendant Papaioannou's request for an extension of time to find legal representation is DENIED.

ORDERED that Defendant Papaioannou's application for pro bono counsel is DENIED at this time, as it is premature.

Defendants are therefore in default. If Plaintiff intends to seek a default judgment, it is ordered to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil

Cases by no later than November 24, 2020.

SO ORDERED.

Dated: October 22, 2020
      New York, New York

Vernon S. Broderick
United States District Judge