```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DUBAI EQUINE HOSPITAL,                                      :
                                                            :
                         Plaintiffs,                        :
                                                            :      18-CV-6925 (VSB)
              -against-                                     :
                                                            :         **ORDER**
EQUINE IMAGING, LLC, et al.                                 :
                                                            :
                         Defendants.                        :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2020

VERNON S. BRODERICK, United States District Judge:

As I have previously ordered, Defendants are directed to appear to show cause why default judgment should not be entered in favor of Plaintiffs on December 30, 2020 at 10:00 am. (Doc. 89.)  It is hereby:

ORDERED that the December 30, 2020 hearing will be conducted by telephonic conference.  The call-in number is 888-363-4749 and the access code is 2682448.

Plaintiff is directed to serve a copy of this Order on Defendants at their last known addresses, and then file proof of service on the docket.

SO ORDERED.

Dated:    December 23, 2020
          New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge