```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DUBAI EQUINE HOSPITAL,                                      :
                                                            :
                            Plaintiff,                      :
                                                            :          18-CV-6925 (VSB)
            -against-                                       :
                                                            :              ORDER
EQUINE IMAGING, LLC, et al.                                 :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

  In light of representations made at the December 30, 2020 order to show cause hearing held in the above-captioned litigation, (Doc. 91), it is hereby:

  ORDERED that default judgment is entered as to liability in favor of Plaintiff and against Defendant Equine Imaging, LLC.  I will refer this case for an inquest on damages only after the issue of liability is settled for all defendants.

  IT IS FURTHER ORDERED that Plaintiff and Defendant George Pappaioannou, proceeding pro se in this litigation, shall complete any outstanding discovery on or before March 1, 2021.  I will not grant any extensions of discovery barring unforeseen exceptional circumstances.

  IT IS FURTHER ORDERED that the parties shall submit a joint letter on or before March 1, 2021, concerning the status of the case.  The parties are directed to submit a proposed briefing schedule for any motions for summary judgment in that joint letter or anytime before.

  The Clerk is directed to mail a copy of this order to the pro se Defendant.

SO ORDERED.

Dated:     December 30, 2020
           New York, New York

_____
Vernon S. Broderick
United States District Judge