```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DUBAI EQUINE HOSPITAL,                                      :
                                                            :
                              Plaintiff,                    :
                                                            :          18-CV-6925 (VSB)
                -against-                                   :
                                                            :              ORDER
EQUINE IMAGING, LLC, et al.                                 :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

In light of my December 30, 2020 order extending the discovery deadline in the above-captioned case until March 1, 2021, (Doc. 93), it is hereby:

ORDERED that post-discovery conference previously scheduled for January 7, 2021, (Doc. 65), is canceled.

The Clerk's Office is directed to mail a copy of this order to the pro se Defendant at 169 Middle Neck Rd, Port Washington, NY 11050.

SO ORDERED.

Dated:   January 4, 2021
         New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge