```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DUBAI EQUINE HOSPITAL,                                      :
                                                            :
                              Plaintiff,                    :
                                                            :           18-CV-6925 (VSB)
              -against-                                     :
                                                            :              ORDER
EQUINE IMAGING, LLC, et al.                                 :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On March 3, 2021, I directed the parties to submit a joint letter on or before March 19, 2021 indicating proposed briefing schedules for motions for summary judgment. (Doc. 98.) On March 19, 2021, Plaintiff submitted a letter proposing a briefing schedule and representing that the pro se Defendant had failed to respond to its request to confirm whether he consented to the proposed schedule. (Doc. 101.) Accordingly, it is hereby:

ORDERED that Defendant is directed to submit a filing on or before March 26, 2021, indicating whether or not he consents to Plaintiff's proposed briefing schedule for summary judgment motions. If Defendant does not consent, he is directed to propose an alternative briefing schedule in that same filing. Defendant is warned that if I do not receive this filing on or before March 26, 2021, he will forfeit his right to object to the schedule.

The Clerk's office is directed to mail a copy of this Order to the pro se Defendant.

SO ORDERED.

Dated:   March 22, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge