```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DUBAI EQUINE HOSPITAL,                                      :
                                                            :
                              Plaintiff,                    :
                                                            :           18-CV-6925 (VSB)
              -against-                                     :
                                                            :                 **ORDER**
EQUINE IMAGING, LLC, et al.                                 :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Defendant's March 26, 2021 letter, in which he represents that he has produced the vast majority of his new evidence to Plaintiff, but in which he requests 1) an extension to April 5, 2021, to complete the rest of the production, and 2) a more expedited briefing schedule for summary judgment motions than the schedule Plaintiff proposed, with opening motions due on April 11, 2021.

I have given Defendant many extensions in this case, most recently when I extended Defendant's deadline to produce materials to Plaintiff to March 9, 2021, after he represented that, on March 2, 2021, he needed only "a few days" to complete the production. *See* (Docs. 96, 98.)  Nearly a month later, Defendant has not provided an adequate explanation for why I should further prejudice Plaintiff by once again extending this production deadline.  Further, given that Defendant has only recently produced voluminous materials to Plaintiff, I cannot grant Defendant's more expedited proposed summary judgment briefing schedule.

Accordingly, it is hereby:

ORDERED that Defendant's request for an extension of the discovery deadline is DENIED.  Discovery is closed and Defendant is not permitted to further produce documents to

Plaintiff.

IT IS FURTHER ORDERED that neither party may rely on any materials that were produced after March 9, 2021 in their summary judgment briefing.

IT IS FURTHER ORDERED that I adopt Plaintiff's proposed summary judgment briefing schedule. (Doc. 101.) Any motions for summary judgment shall be due on April 27, 2021, with responses due on May 12, 2021 and any reply memoranda due on May 26, 2021.

The Clerk's office is directed to mail a copy of this Order to the pro se Defendant.

SO ORDERED.

Dated:   March 29, 2021
        New York, New York

                                                        VERNON S. BRODERICK
                                                        United States District Judge