```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DUBAI EQUINE HOSPITAL,                                      :
                                                            :
                              Plaintiff,                    :
                                                            :         18-CV-6925 (VSB)
              -against-                                     :
                                                            :              ORDER
EQUINE IMAGING, LLC, et al.                                 :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/6/2021___

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant's April 3, 2021 letter, (Doc. 105)[1], and Plaintiff's response on April 5, 2021, (Doc. 106).  In his letter, Defendant provides an update on the document production he has shared with Plaintiff, requests a conference to discuss discovery, and again proposes an alternative briefing schedule for summary judgment.  (Doc. 105.)

On March 29, 2021, I issued an order 1) stating that discovery was closed, 2) stating that neither party may rely on any materials produced after March 9, 2021 in their summary judgment briefing, and 3) setting a summary judgment briefing schedule with opening motions due on April 27, 2021, response motions due on May 12, 2021, and any reply memoranda due on May 26, 2021.  (Doc. 104.)  I surmise that Defendant had not received, and/or not read, my March 29, 2021 order when he sent his subsequent letter, given that he seemed unaware of my rulings on discovery and the summary judgment briefing schedule.  This seems all the more likely given that Defendant represents that he is currently located in Northern Greece, while his contact information on ECF lists his address as somewhere in Port Washington, New York.

---

[1] It appears as though there was a technological issue with regard to Document 105, such that the ECF electronic case filing system labeled it as having been filed on March 2, 2021.  It seems clear enough to me from both parties' representations that this filing was made on around April 3, 2021.

It is the responsibility of the pro se party—and not the Court—to enter their proper contact information and update it as necessary. As a courtesy to Defendant, and in the interest in efficiency, I will email this order and my March 29, 2021 order to him, but I will not do so for subsequent orders in this case. Accordingly, it is hereby:

ORDERED that, to the extent he has not done so, Defendant is directed to submit his most up-to-date contact information on the docket.

IT IS FURTHER ORDERED that my order issued at Document 104 remains in effect and any requests to the contrary in Defendant's subsequent letter are DENIED. Plaintiff need not respond to any subsequent letters from Defendant regarding the close of discovery and the schedule for summary judgment briefing unless I direct it to do so.

The Clerk's office is directed to mail a copy of this Order to the pro se Defendant.

SO ORDERED.

Dated:   April 6, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge