```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DUBAI EQUINE HOSPITAL,                                      :
                                                            :
                          Plaintiff,                        :
                                                            :           18-CV-6925 (VSB)
            -against-                                       :
                                                            :                ORDER
EQUINE IMAGING, LLC, et al.                                 :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

  I am in receipt of Defendant's April 14, 2021 letter, in which he disputes some of the representations Plaintiff has made regarding the date when Defendant produced various materials. (Doc. 109.) As I have previously ordered, neither party may rely on any materials that were produced after March 9, 2021 in their summary judgment briefing, opening motions for which are due on April 27, 2021. *See* (Doc. 104.) Accordingly, it is hereby:

  ORDERED that, to the extent the parties disagree about whether particular materials or documents referenced in summary judgment materials were produced before or after March 9, 2021, they are directed to address that issue in their summary judgment merits briefs. If it is necessary for me to make any determinations about whether materials were timely produced, I will do so in my ultimate opinion and order on the upcoming motion(s) for summary judgment. I do not intend to address this issue again before that time.

  The Clerk's office is directed to mail a copy of this Order to the pro se Defendant at the following address in Greece: Chr. Katsari 18 Ioannina 45521 Greece.

SO ORDERED.

Dated: April 20, 2021
        New York, New York

_____
Vernon S. Broderick
United States District Judge