UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
DUBAI EQUINE HOSPITAL, :
:
                Plaintiff, :
: 18-CV-6925 (VSB)
       -against- :
: **ORDER**
EQUINE IMAGING, LLC, et al. :
:
                Defendants. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    Motions for summary judgment in the above-captioned case were due on April 27, 2021, with oppositions due on May 12, 2021 and reply memoranda due on May 26, 2021. (Doc. 104.) Plaintiff timely moved for summary judgment, (Doc. 111), but Defendant never filed his opposition motion or requested an extension of time to respond. (Doc. 101.) On May 31, 2021, Defendant—nearly three weeks after his opposition was due—filed a letter stating that he was in a bicycle accident on May 2, 2021 in which he tore a muscle in his thigh and that, as a result, he seeks to file his opposition brief to Plaintiff's motion for summary judgment on or before June 15, 2021. (Doc. 120.) Plaintiff filed a letter in opposition to Defendant's request on June 2, 2021. (Doc. 121.) Accordingly, it is hereby:

    ORDERED that Defendant is directed to file any brief in opposition to Plaintiff's motion for summary judgment on or before June 15, 2021. I will not grant any subsequent extension requests and, if Defendant does not file his brief by that date, I will consider Plaintiff's motion as unopposed. Plaintiff is directed to file any reply memorandum of law on or before June 29, 2021.

    The Clerk's office is directed to mail a copy of this Order to the pro se Defendant at the

following address in Greece: Chr. Katsari 18 Ioannina 45521 Greece.

SO ORDERED.

Dated: June 3, 2021
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge