```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DUBAI EQUINE HOSPITAL,                                      :
                                                            :
                              Plaintiff,                    :
                                                            :            18-CV-6925 (VSB)
             -against-                                      :
                                                            :              **ORDER**
EQUINE IMAGING, LLC, et al.                                 :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

There was a telephonic conference held on July 7, 2021 in the above-captioned case. (Doc. 127.) While Plaintiff appeared for the conference, Defendant did not. Accordingly, it is hereby:

ORDERED that the parties are directed to appear for a telephonic conference on July 14, 2021 at 12 PM. The call-in number is 888-363-4749 and the access code is 2682448. Defendant is warned that if he fails to appear for this conference, I will assume that he is abandoning his claims in this case. At this conference, I intend to ask Defendant about several issues, including but not limited to: (1) what filings that Defendant has already submitted, if any, that Defendant intends to function as his opposition to Plaintiff's motion for summary judgment, (2) the rationale for the extension he requested, and which I granted, to file his opposition, and (3) the purpose of his many filings submitted in June 2021, at least some of which appear to be procedurally improper, (*see* Docs. 123–125, 128–29).

IT IS FURTHER ORDERED that Plaintiff is directed to email a copy of this order to Defendant at his known email address(es) and file proof of service on the docket by no later than July 9, 2021.

SO ORDERED.

Dated: July 8, 2021
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge