```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DUBAI EQUINE HOSPITAL,                                      :
                                                            :
                         Plaintiff,                         :
                                                            :      18-CV-6925 (VSB)
             -against-                                      :
                                                            :            **ORDER**
EQUINE IMAGING, LLC, et al.                                 :
                                                            :
                         Defendants.                        :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/15/2021__

VERNON S. BRODERICK, United States District Judge:

In light of the representations made at the July 14, 2021 conference held in this case, it is hereby:

ORDERED that Defendant is directed to submit a filing on or before July 23, 2021, indicating which materials that he filed on or before June 15, 2021, if any, he intends to serve as his opposition to Plaintiff's motion for summary judgment. Defendant should identify these materials by their docket number. I will not consider any filings submitted after June 15, 2021.

IT IS FURTHER ORDERED that Plaintiff is directed to submit a letter on or before July 27, 2021, indicating how much time, if any, it needs to submit a reply memorandum of law in light of Defendant's July 23, 2021 filing.

IT IS FURTHER ORDERED that Plaintiff is directed to email Defendant a copy of this order and file proof of service on the docket.

SO ORDERED.

Dated: July 15, 2021
New York, New York

Vernon S. Broderick
United States District Judge