UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUBAI EQUINE HOSPITAL,

                        Plaintiff,

   -v-                                                No. 18 Civ. 6925 (VSB) (VF)

**ORDER**

EQUINE IMAGING, LLC, et al.,

                        Defendants.

**VALERIE FIGUEREDO,** United States Magistrate Judge.

    Defendant George Pappaioannou sent a letter to the undersigned requesting a hearing on the inquest for damages. The Court will schedule a conference in due course when it turns to addressing the inquest.

Dated:      New York, New York
              July 22, 2025

                                                    SO ORDERED

                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge