UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUBAI EQUINE HOSPITAL,

                          Plaintiff,

-v-

EQUINE IMAGING, LLC, et al.,

                          Defendants.

No. 18 Civ. 6925 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

The Clerk of Court is directed to send a copy of the order at ECF No. 166 to the address listed below, which was in Defendant's signature line at ECF No. 167.

    George Papaionnou
    142 Falmouth Boulevard
    Falmouth, MA 02556

    **SO ORDERED.**

Dated:    New York, New York
             August 25, 2025

SO ORDERED

_____
VALERIE FIGUEREDO
United States Magistrate Judge